Case: 1:16-cv-01079   (F-Deck)
Assigned To : Sullivan, Emmet G.
Assign. Date : 6/8/2016
Description: Pro Se Gen. Civil   Jury Demand

**MR. RAHEEM MUHAMMAD**
**POST OFFICE BOX 42211**
**WASHINGTON, D. C.  20015-0811**
**MAY 5, 2016**

~~CHIEF JUDGE, RICHARD J. ROBERTS~~
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**E. BARRETT PRETTYMAN U. S. COURTHOUSE**
**333 CONSTITUTION AVENUE, N.W.**
**WASHINGTON, D. C.  20001-2866**

**IN RE:**   **RAHEEM MUHAMMAD VS. UNITED STATES OF AMERICA, ET. AL.**
**UN-DOCKETED, SINCE SAID CIVIL COMPLAINT AND RELATED**
**WRITTEN DOCUMENTS WERE NEVER EVER FILED BY THIS**
**COURT'S CLERK'S OFFICES, ET. AL.**

~~**DEAR CHIEF JUDGE ROBERTS:**~~

**AS I HAD REPEATEDLY STATED TO BOTH YOUR COURT AND TO YOUR UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA, DURING THE PAST SEVERAL YEARS, I AM SEVERELY VISUALLY IMPAIRED AND SEVERELY SPEECH IMPAIRED AND MOBILITY IMPAIRED.  THEREFORE, I WAS COMPLETELY UNAWARE OF THE FACT THAT YOUR COURT HAD RETURNED THE ABOVE CAPTIONED WRITTEN COMPLAINT AND OTHER RELATED WRITTEN DOCUMENTS TO ME, UNTIL TUESDAY, MAY 3, 2016.   SAID UN-DOCKETED, WRITTEN COMPLAINT AND OTHER RELATED WRITTEN DOCUMENTS WERE PURPORTEDLY RETURNED TO ME, DUE TO THE FACT THAT I DID NOT SUBMIT A "MOTION TO UTILIZE A POST OFFICE BOX ADDRESS", TOGETHER WITH THE ABOVE CAPTIONED UN-DOCKETED CIVIL COMPLAINT AND OTHER RELATED WRITTEN DOCUMENTS .**

**CHIEF JUDGE ROBERTS, TO THE BEST OF MY KNOWLEDGE AND BELIEFS, YOUR UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, IS ABSOLUTELY THE ONLY UNITED STATES DISTRICT COURT WITHIN THESE ENTIRE UNITED STATES, THAT REQUIRES A "MOTION TO UTILIZE A POST OFFICE BOX", BEFORE SUBMITTING A WRITTEN CIVIL COMPLAINT AND/OR RELATED WRITTEN DOCUMENTS THAT ALL CONTAINS AND UTILIZES A POST OFFICE BOX MAILING ADDRESS AS A LEGAL MAILING ADDRESS!!!!!!!!!!!!!!.**

**CHIEF JUDGE ROBERTS, FOR YOUR INFORMATION, UNITED STATES POSTAL SERVICES' POST OFFICE BOX ADDRESSES; GENERAL MAIL DELIVERY ADDRESSES; CALL BOX ADDRESSES, AND ETCETERA, ARE ALL IRREFUTABLY AND UNEQUIVOCALLY LEGAL MAILING ADDRESSES!!!!!!!!!!!!.**

**CHIEF JUDGE ROBERTS, I AM AGAIN, REQUESTING THAT YOUR UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, IMMEDIATELY SUBMITS TO ME AND.OR TO ALL THOSE WHO ARE SIMILARLY SITUATED, ANY AND/OR ALL WRITTEN ORDERS; DIRECTIVES; MEMORANDUMS; OPINIONS AND ETCETERA, IN LARGE BOLD FACED TYPED CAPITAL LETTERS, IN THE LARGEST FONT SIZE THAT IS/ARE CURRENTLY AVAILABLE TO YOUR COURT, INCLUDING TO YOUR CLERK'S OFFICES, PURSUANT TO YOUR OWN JUDICIAL CONFERENCES' POLICIES AND PROCEDURES!!!!!!!!!!!!!!!!!.**

**CHIEF JUDGE ROBERTS, FOR THE ABSOLUTE RECORD, I ALREADY HAVE AN ORDER OF COURT FROM YOUR JUDGE, RICHARD J. LEON THAT PREVIOUSLY GRANTED ME LEAVE/PERMISSION TO UTILIZE A POST OFFICE BOX MAILING ADDRESS, WHICH IS THE SAME EXACT IDENTICAL POST OFFICE BOX MAILING ADDRESS THAT I AM CURRENTLY UTILIZING ON THE ABOVE CAPTIONED UN-DOCKETED CIVIL COMPLAINT AND RELATED WRITTEN DOCUMENTS!!!!!!!!!!!!!!. SEE THE ATTACHED EXHIBIT A.**

**NEEDLESS TO SAY, CHIEF JUDGE ROBERTS, I AM REQUESTING THAT YOU AND/OR YOUR CLERK'S OFFICES IMMEDIATELY ACCEPTS AND IMMEDIATELY FILES THE ABOVE CAPTIONED CIVIL COMPLAINT AND ALL OF THE RELATED WRITTEN DOCUMENTS, BASED ON THE DATE THAT SAID WRITTEN DOCUMENTS WERE ORIGINALLY RECEIVED BY YOUR COURT, WHICH WAS ON FEBRUARY 25, 2016.**

**IN THE INTERIM, I HAD ALREADY PREVIOUSLY INFORMED YOUR UNITED STATES DISTRICT COURT'S JUDGE, RICHARD J. LEON. AND YOUR UNITED STATES COURT OF APPEALS' JUDGES: THOMAS B. GRIFFITH; BRETT M . KAVANAUGH; MERRICK B. GARLAND, ET. AL., THAT THEY ALL WOULD BE SUED, BOTH WITHIN THEIR INDIVIDUAL AND/OR OFFICIAL CAPACITIES, FOR NOT ALLEGEDLY, BUT IRREFUTABLY AND UNEQUIVOCALLY, UNLAWFULLY AND ACTUALLY DISCRIMINATING AGAINST ME, AND AGAINST ALL THOSE WHO ARE SIMILARLY SITUATED, DUE TO OUR AFOREMENTIONED PHYSICAL DISABILITIES, AND OUR RELIGIOUS BELIEFS AND OUR ETHNICITIES, AND OUR RACE, AND ETCETERA.**

**SIGNED:**

*Raheem Muhammad* (signature)

**MR. RAHEEM MUHAMMAD**

**CC:   PRESIDENT BARACK HUSSEIN OBAMA; CONGRESSIONAL BLACK CAUCUS, ET. AL.**